# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ARTURO E. ACOSTA, | ) | |
| Plaintiff, | ) | 2:11-cv-01125-JCM-CWH |
| vs. | ) | |
| | ) | **ORDER** |
| LOVELOCK CORRECTIONAL CENTER, *et al.*, | ) | |
| Defendants. | ) | |

This closed action was a *pro se* complaint filed pursuant to 42 U.S.C. § 1983, by a Nevada state prisoner. By order filed November 4, 2011, this Court dismissed the action with prejudice, in its entirety. (ECF No. 8). Judgment was entered the same date. (ECF No. 9). Plaintiff filed a notice of appeal. (ECF No. 11). By order filed March 12, 2012, the United States Court of Appeals for the Ninth Circuit dismissed the appeal for lack of jurisdiction, and denied all pending motions. (ECF No. 17).

On February 22, 2012, plaintiff filed a motion for copies of all exhibits and a motion for transcripts at government expense. (ECF Nos. 14 & 15). Because plaintiff's case has concluded in this court and in the court of appeals, the motions for copies and transcripts are denied as moot.

1     **IT IS THEREFORE ORDERED** that plaintiff's motion for copies (ECF No. 14) and
2 motion for transcripts (ECF No. 15) are **DENIED AS MOOT**.
3     Dated this \_\_15th\_\_ day of March, 2012.

                                                                       UNITED STATES DISTRICT JUDGE